MAURICE BURRIS
P.O. BOX 34429
Mecklenburg County J.C.
Charlotte N.C. 28234

FILED
CHARLOTTE, NC

FEB 04 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

UNITED STATES OF AMERICA )
vs )
MAURICE DANTRELLE BURRIS )

Case No. Cr. 00041 - MOC-DCK
Notice of APPEAL

Comes Now the Defendant, Maurice Burris, Prose, and hereby gives notice of appeal from the judgment and sentence imposed by this Court on January 21st, 2020.

Respectfully submitted this 30th day of January 2020.

/s/ Maurice Burris
MAURICE BURRIS

Copy mailed this 30th day of January 2020 to each of the following:

U.S. Attorney for the
Western District of North Carolina
227 W. Trade Street, Suite 1650
Charlotte, NC 28202

Mailing Out January 30th 2020 from Mecklenburg County Jail Central