From:
Maurice D. Burns
#473510-63-00-1
Mecklenburg County Jail
P.O. Box 34429
Charlotte, N.C. 28234

RECEIVED
CHARLOTTE, NC
FEB 04 2020
Clerk, US District Court
Western District of NC

CHARLOTTE NC 282

Mailed from Mecklenburg County Jail

To:
Clerk of Court
401 N Trade St
Suite 210
Charlotte 28202

28202-161950